TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00001-CV

Amin R. Jamal, M.D., Appellant

v.

Texas State Board of Medical Examiners, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. 98-06898, HONORABLE JOSEPH H. HART, JUDGE PRESIDING 

PER CURIAM

 Appellant and appellee have filed an Agreed Motion to Dismiss Cause. The trial
court judgment is ordered vacated and all costs are taxed against the party which incurred them. 
We grant the motion and, accordingly, dismiss this cause. See Tex. R. App. P. 42.1(a)(1). 

Before Justices Jones, Kidd and Patterson

Judgment Vacated and Cause Dismissed on Agreed Motion

Filed: October 21, 1999

Do Not Publish